**Dismissed and Memorandum Opinion filed November 26, 2013.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-13-00827-CV

---

## CHRISTOPHER ARGUIJO AND MELISSA GONZALEZ & ALL OTHER OCCUPANTS, Appellants

### V.

## GREEN TREE SERVICING LLC, Appellee

---

**On Appeal from the County Court at Law No. 2 & Probate Court**
**Brazoria County, Texas**
**Trial Court Cause No. CI049394**

---

### M E M O R A N D U M    O P I N I O N

This appeal is from a judgment signed July 3, 2013. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record.

On October 15, 2013, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within

fifteen days, appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b).

Appellant has not provided this court with proof of payment for the record. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Christopher, Donovan, and Brown.